Gabriel Del Virginia, Esq. (GD-4951)
**LAW OFFICES OF GABRIEL DEL VIRGINIA**
*Proposed Attorneys for the Debtor and Debtor in Possession.*
30 Wall Street-12th Floor,
New York, New York 10005.
212-371-5478
*gabriel.delvirginia@verizon.net*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

In re

    SCFT2 LLC,

           Debtor.                Case No. 23-B-10904-lgb

-------------------------------------------------------X

## DECLARATION OF RON CURTIS PURSUANT TO RULE 1007-2 OF THE LOCAL BANKRUPTCY RULES.

        RON CURTIS, being duly sworn, deposes and respectfully says:

        1.      I am managing member of SCFT2 LLC, the within debtor and debtor-in-possession ("Debtor") and, as such, I am familiar with the Debtor's business and financial affairs. I submit this declaration pursuant to Local Bankruptcy Rule 1007-2.

        2.      The Debtor is a New York Limited Liability Company with an address at. The Debtor owns real property located at Lot 42, Tract 24481, City of Beverly Hills, County of Los Angeles, California 90210 which property is commonly known as 515 Arkell Drive, Beverly Hills, California 90210 (the "Property") The circumstances leading up to Debtor's filing of its voluntary petition for relief under Chapter 11 of Title 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), was a foreclosure sale of the Property by Chicago Title Company, Trustee, under a deed of Trust in favor of Bank of America, N.A. ("Lender"), scheduled for June 7, 2023.   I believe that given the relief

-2-

afforded by the provisions of the Bankruptcy Code, Debtor can formulate a feasible plan or similar arrangement to satisfy the obligations to Lender and any other of Debtor's creditors.

3.      There has been no committee organized before the order for relief.

4.      The holders (and their names, addresses and additional information) of the twenty largest unsecured claims are included in the documents filed herewith, and are incorporated herein by reference.

5.      The holders of secured claims against Debtor's property are included in the documents filed herewith, and are incorporated herein by reference.

6.      No balance sheet or similar document setting forth a summary of Debtor's assets and liabilities has been prepared.  A detailed listing of assets and liabilities will be included in my various schedules, statements and related documents to be filed with the Court.

7.      Debtor has no publicly held securities.

8.      The locations of the Debtor's substantial assets is at the Property.

9.      Debtor is not party to litigations.

10.     I anticipate net cash receipts of approximately $0.00 for the thirty-day period following the filing of the petition, and disbursements of approximately $0.00 for the thirty-day period following the filing of the Debtor's petition.

I hereby declare, pursuant to 28 U.S.C. § 1746 that the foregoing is true to the best of my knowledge, information and belief.

Dated:       June 6, 2023

_____
RON CURTIS.

a:\MotOrd.ELCO

-3-

a:\MotOrd.ELCO